UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Mark Barclay, | : | |
| Petitioner, | : | Case No. 5:05CV143 |
| vs. | : | Judge Christopher A. Boyko |
| Margaret Bradshaw, Warden | : | Magistrate Judge George J. Limbert |
| Respondent. | : | MOTION FOR ENTRY OF DEFAULT |
| | : | |

FILED 05 JUL 28 PM 4:03 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

Now comes petitioner Mark Barclay, pro se, respectfully moves that this Court for a order adjudging the respondent to be in default for failing to file her answer to the petition within sixty (60) days from the date of the ORDER , dated: March 25,2005 by George J. Limbert - United States Magistrate Judge.

This motion is based on the attached ORDER, AND AFFIDAVIT OF THE PETITIONER, pro se.

Mark Barclay #434-816

Mark Barclay #434-816

Mansfield Correctional Inst.

P.O. Box 788

Mansfield, Ohio 44901

Petitioner, pro se.

This 25th day of July 2005...

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing _Motion For Entry of Default_ has been sent via Regular U.S. Mail to _Jim Petro (Ohio Attorney General)_ at _150 E. Gay St., Columbus_, Ohio _43215_, on this _25_ day of _July_, 20_05_.

_Mark Barclay # 434-816_
**SENDER**